FILE COPY

No. 07-15-00216-CR

| | | |
|---|---|---|
| James William Nobile<br>　Appellant | § | From the County Court at Law No. 1<br>　of Randall County |
| | § | |
| v. | | November 24, 2015 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 24, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o